**Houck Investments**
20 Scattered Oaks Drive
Red Banks, MS 38661
901-299-9566



FILED
APR 1 6 2018
Clerk, U.S. Bankruptcy Court
Northern District of Miss.

April 11, 2018

US Bankruptcy court ND of MS
703 Hwy 145 N
Aberdeen, MS 39730

RE: Case #1512761
   Maxine Stewart
   2276 Hwy 178 West
   Holly Springs, MS 38635

To Whom It May Concern:

This is to advise you that effective April 1, 2018, our mailing address has changed. Our new mailing address is as follows:

   Houck Investments
   20 Scattered Oaks Drive
   Red Banks, MS 38661

A copy of the letter that was sent to Locke D Barkley, Chapter 13 Trustee regarding the address changes is enclosed.

If you have questions regarding this matter, please contact me at 901-299-9566.

Sincerely,

Joe Houck,
Houck Investments